UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Howard Cohan, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 15-cv-9017 |
| | ) | |
| | ) | Hon. Judge Sara L. Ellis |
| | ) | |
| Best Western Des Plaines Inn, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT AND ORDER FOR INJUNCTIVE RELIEF
AND ATTORNEY FEES AND COSTS**

THIS MATTER having come before the Court on Plaintiff's Motion for Final Default Judgment against Defendant Best Western Des Plaines Inn, Defendant having been served with the Complaint and the Summons being Returned Executed, Defendant failing to appear, answer, or otherwise defend this action, and this Court being fully advised and having considered the record and all relevant evidence contained in Plaintiff's Motion for Final Default Judgment, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. The Court has jurisdiction over this matter.

2. The Court finds that the Premises owned, operated and/or controlled by Defendant are in violation of the ADA;

3. The Court requires that Defendant alter its Premises to make them accessible to and usable by individuals with disabilities to the full extent required by Title III of the ADA by rectifying the following ADA violations:

    a. Failure to provide sufficient disabled parking spaces based on the total parking spaces available, 2010 ADAAG §208.1, whose resolution is readily achievable;

    b. Failure to provide van disabled parking spaces, 2010 ADAAG § 208.2.4, whose resolution is readily achievable;

    c. Failure to provide sign(s) for disabled parking, 2010 ADAAG §502.6, whose resolution is readily achievable;

    d. Providing sign(s) for disabled parking that are too low, 2010 ADAAG §502.6, whose resolution is readily achievable;

    e. Failure to provide a means of entry for persons with disability such as pool lift chair, sloped entry, transfer wall or transfer platform, 2010 ADAAG § 242.1 and 1009, whose resolution is readily achievable;

    f. Failure to provide disabled persons with a continuous path of travel connecting all essential elements of the facility, 2010 ADAAG §4.3.1 and 4.3.2, whose resolution is readily achievable.

4. The Court awards reasonable attorney's fees and costs in the amount of Seven Thousand and Ninety Four Dollars ($6,950.00) to Plaintiff's Counsel to be paid by Defendant.

**SO ORDERED**, this 24th day of March, 2016.

By: _____
Hon. Judge Sara L. Ellis
United States District Judge